IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 09- 743 |
| HUSSEIN ALI ASFOUR, :<br>a/k/a "Alex" | |

## MOTION FOR BENCH WARRANT

AND NOW, this          day of          , 2009, Michael L. Levy, United States Attorney for the Eastern District of Pennsylvania, and Nancy Beam Winter, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

MICHAEL L. LEVY
United States Attorney

_____
NANCY BEAM WINTER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 09- 743 |
| HUSSEIN ALI ASFOUR, <br> a/k/a "Alex" | : |

### ORDER FOR BENCH WARRANT

AND NOW, this 24th day of November, 2009, on motion of Michael L. Levy, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
Elizabeth Hey
United States Magistrate Judge