IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO: 5:09-MJ-11-005-001 |
| VS | REMOVAL PROCEEDINGS UNDER RULE 5 |
| HUSSEIN ALI ASFOUR A/K/A "ALEX" | Violation(s): Conspiracy to Transport Stolen Goods-18 U.S.C. § 371 |

### ORDER OF REMOVAL TO ANOTHER DISTRICT

The above-names defendant is charged with a violation of the United States Code alleged to have been committed in the Eastern District of Pennsylvania., in case number 09-M-1902

Brief Description of Charge:
  Conspiracy to Transport Stolen Goods - 18 U.S.C.§ 371.

After a hearing convened under provisions of Rule 5 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant

  ☐   has been established by clear and convincing evidence.
  ☒   has not been contested by the defendant.

☒   The court further finds that the DETENTION of said complainant is necessary and appropriate under the circumstances of this case.
☐   The court further finds that conditions for the release of the defendant can be set by the court to insure his appearance in the district of prosecution; a separate Order of Release has been entered by the court.

ACCORDINGLY, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him, all proceedings required by Rule 5 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED at Columbus, Georgia this 25th day of November, 2009.



_____
C. ASHLEY ROYAL
UNITED STATES DISTRICT COURT JUDGE



UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS ()

Date: November 25, 2009    Type of Hearing:   Detention Hearing

Judge: C. Ashley Royal     Court Reporter:    Sally Gray

Courtroom Deputy: Lee Anne Purvis    Law Clerk:

**Case Number: 5:09-mj-11-005-001**

U. S. A.                               Counsel:    Tracia King
                                                   Jennifer Kolman

vs.

Hussein Ali Asfour a/k/a Alex          Counsel:    Cynthia Roseberry

Agents/Experts in attendance: Tony Elder, USPO

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: /35**

10:02  Called to order. Preliminary remarks by the Court.
10:03  Roseberry addresses the Court re: indictment returned and preserves Defendant's right for a preliminary hearing.
10:04  King is in the process of obtaining a copy of the indictment.
10:05  Examination of Agent James Langdon by Tracia King.
10:09  Examination of James Langdon by Cynthia Roseberry.
10:12  The Court questions the witness.
10:13  King proceeds by proffer.
10:21  Roseberry proceeds by proffer.
10:32  The Court questions probation officer, Tony Elder.
10:33  The Court makes its findings. Bond is DENIED.
10:35  Roseberry addresses the Court.
10:36  The Court
10:37  Recess.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION
# AT MACON, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS ()

| | | |
|---|---|---|
| Date: November 23, 2009 | Type of Hearing: | Initial Appearance |
| Judge: C. Ashley Royal | Court Reporter: | Digitally Recorded |
| Courtroom Deputy: Lee Anne Purvis | Law Clerk: | |

**Case Number: 5:09-mj-11-005-001**

| | | |
|---|---|---|
| U. S. A. | Counsel: | Tracia King |
| | | Jennifer Kolman |
| vs. | | |
| Hussein Ali Asfour a/k/a Alex | Counsel: | Brian Jarrard |

Agents/Experts in attendance: Tony Elder, USPO

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: /10**

3:04    Called to order. The Court calls the case. AFD Jarrard will represent the defendant for the purpose of this hearing. Identity confirmed. The Court informs Defendant of the purpose of this hearing. AUSA King states the charges against Defendant and the maximum possible penalty. The Court advises Defendant of his legal and constitutional rights. The Court notes that the Government moves to transfer this case to the Eastern District of Pennsylvania and advises Defendant that AFD Jarrard is representing Defendant at this hearing only and that Defendant will need to secure counsel in Pennsylvania. The Court advises Defendant of his right to have the Court notify the Consular Official. AFD Jarrard states that Defendant opts for notification.
AUSA Kings moves for detention and requests additional time. The Detention Hearing will be heard on Wednesday at 10:00 am.
The Court notes receipt and review of the criminal complaint and confirms Defendant's receipt of same.
Defendant shall remain in custody pending further hearing. AUSA King confirms that Defendant waives preliminary hearing in this district.
3:14    Adjourned.



CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. V.S. Hussein Ali Asfour

FOR: 
AT: 

DATE: 11/23/09

LOCATION NUMBER: 

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

**PERSON REPRESENTED** (Show your full name)
Hussein Ali Asfour
100 Cross Link Trail
Centerville, GA. 31028
# 478-714-0682

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: 5:09-MJ-11-05
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor
Conspiracy to Transport Stolen Goods

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
- Name and address of employer: 
- IF YES, how much do you earn per month? $ 
- IF NO, give month and year of last employment: 09/2009
- How much did you earn per month? $ 1500.00
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 2,000
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: $ 40,000
- SOURCES: Family loaned A some money

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No
- IF YES, state total amount $ 1700 savings 15,000 - 16,000 checking

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: $ 75,000 — DESCRIPTION: Equity in Residence
- VALUE: $ 26,000 — DESCRIPTION: vehicle

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ___ SINGLE  ✓ MARRIED  ___ WIDOWED  ___ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
|  | Mortgage | $ 322,000 | $ 2009.00 |
|  | utilities | $ | $ 700-800 |
|  | Groceries | $ | $ 800 |
|  | Vehicle Payment | $ 30,000 | $ 616.00 |
|  | Auto Insurance | | 125 |
|  | Credit card | 4,000 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/23/09

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Ala

(3)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Filed at 3:04 P M
DATE 11/23/09
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 09-M-1902 |
| | : | EASTERN DISTRICT OF PENNSYLVANIA |
| HUSSEIN ALI ASFOUR, | : | |
| a/k/a "ALEX" | : | |
| | : | |

### GOVERNMENT'S MOTION FOR A DETENTION HEARING

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and requests the defendant in the above-styled case be detained pursuant to 18 U.S.C. § 3142(e) and (f), and in support of said motion shows the following:

1. <u>Eligibility of Case</u>.

    This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of Violence (18 U.S.C. § 3156)

    ___ Maximum sentence of life imprisonment or death

    ___ 10 + year drug offense

    ___ Felony, with two prior convictions in the above categories

    _X_ Serious risk the defendant will flee

    ___ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>.

    The Court should detain defendant because there are no conditions of release which will reasonable assure (check one or both):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.

The United States <u>will not</u> invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e). (If yes) The presumption applies because (check one or more):

___ Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under 18 U.S.C. § 924(c).

___ Previous conviction for "eligible" offense committed while on pretrial bond.

___ A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above.

4. <u>Time for Detention Hearing</u>.

The United States requests the Court conduct the detention hearing:

___ At the initial appearance.

_X_ After continuance of _2_ days (not more than 3).

Respectfully submitted, this <u>23rd</u> day of November, 2009.

                                                 G. F. PETERMAN, III
                                                ACTING UNITED STATES ATTORNEY

BY: _____
                      TRACIA M. KING
                      GEORGIA BAR NO. 421380
                      SPECIAL ASSISTANT U.S. ATTORNEY
                      MIDDLE DISTRICT OF GEORGIA
                      P.O. Box 1702
                      MACON, GEORGIA 31202-1702
                      TEL. (478) 621-2700
                      FAX. (478) 621-2655

## CERTIFICATE OF SERVICE

I, Tracia M. King, Special Assistant United States Attorney, do hereby certify that I have this date served the within and foregoing **GOVERNMENT'S MOTION FOR A DETENTION HEARING** upon the Defendant by hand delivering a copy of said motion to him and by hand delivering a copy to his attorney:

This 23rd day of November, 2009.

                                          G. F. PETERMAN, III
                                        ACTING UNITED STATES ATTORNEY

BY: _____
          TRACIA M. KING
          GEORGIA BAR NO. 421380
          SPECIAL ASSISTANT U.S. ATTORNEY
          MIDDLE DISTRICT OF GEORGIA
          P.O. Box 1702
          MACON, GEORGIA 31202-1702
          TEL. (478) 621-2700
          FAX. (478) 621-2655

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5:09-MJ-11-05 (CWH) |
| HUSSEIN ALI ASFOUR, | VIOLATIONS: Fraud Related |
| **Defendant** | |

## ORDER

Defendant HUSSEIN ALI ASFOUR having requested appointment of legal counsel in this criminal proceeding and the undersigned having conducted a review of his present financial condition as reflected in the Financial Affidavit (CJA 23) this day executed by him,

The undersigned finds that defendant ASFOUR currently lacks sufficient assets to retain counsel and that appointment of legal counsel under the Criminal Justice Act is appropriate at this time. Accordingly, the **FEDERAL DEFENDERS OF THE MIDDLE DISTRICT OF GEORGIA, INC.** is appointed to represent the legal interests of the defendant in this proceeding. However, counsel is provided with the understanding that defendant ASFOUR may later be required to REIMBURSE the United States Government for any attorney's fees and costs paid to appointed counsel out of assets later determined to belong to him.

SO ORDERED AND DIRECTED, this 23RD day of November, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE